**Maria Guadalupe GUZMAN, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–70493.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 2, 2009.

Zachary McCready, Esquire, Law Offices of Zachary J. McCready, Los Angeles, CA, for Petitioner.

OIL, Stacy Stiffel Paddack, Siu P. Wong, Esquire, Trial, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Office of the District Counsel Department

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Maria Guadalupe Guzman, a naive and citizen of Mexico, petitions for review of the decision of the Board of Immigration Appeals dismissing her appeal from the immigration judge's denial of her application for cancellation of removal based on her failure to establish the requisite hardship to her qualifying United States citizen children.

Petitioner contends that the IJ's exclusion of psychiatric evidence violated her due process rights. We agree with the BIA's conclusions that the IJ need not discuss each piece of evidence, *see Almaghzar v. Gonzales*, 457 F.3d 915, 922 (9th Cir.2006), and that the record reflects that the IJ did indeed consider the exhibit in question. Accordingly, we hold that there was no due process violation.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

